# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JASON MYERS

VERSUS

HOUSTON SPECIALTY INSURANCE
COMPANY, ET AL.

NO.  2021 CW 1127

NOVEMBER 5, 2021

---

In Re:    Jason Myers, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          188467.

---

BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.

    **WRIT GRANTED WITH ORDER.** The district court's August 9,
2021 judgment, granting defendants, Arthur J. Gallagher Risk
Management Services, Inc., Andrea Helo, and Jacob Crawford's,
Peremptory Exception of No Right of Action, is a final,
appealable judgment. See La. Code Civ. P. art. 1915(A)(1). Thus,
the writ application is granted for the limited purpose of
remanding this matter to the district court with instructions to
grant an appeal to plaintiff, Jason Myers, pursuant to his
timely notice of intent to apply for supervisory writs. See **In
re Howard,** 541 So.2d 195, 197 (La. 1989) (per curiam). In the
event plaintiff seeks to appeal the district court's judgment,
he shall submit a new order for appeal to the district court
within thirty days of this order. Additionally, a copy of this
court's order is to be included in the appellate record.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT